## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:25-cr-00217-NYW-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      KHALIL ORR,

      Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**Susan Prose, United States Magistrate Judge**

This matter comes before the court on Defendant Khalil Orr's Unopposed Motion for Permission to Travel, ECF No. 74 (the "Motion"), referred to the undersigned by District Judge Nina Y. Wang, ECF No. 75.

Defendant is on pretrial release with conditions including residence with his mother as third-party custodian, GPS monitoring, a curfew set by Pretrial Services, and a restriction limiting travel to the District of Colorado absent court permission. *See* ECF Nos. 25, 68, 69. He now seeks permission to travel from Denver to the Aspen/Snowmass area on December 5–6, 2025, to celebrate his birthday with his significant other and their son (Mot. ¶ 5). Because this includes an overnight stay in a rented condominium in Snowmass Village, it would otherwise violate the residence condition absent court approval.

In support, the Motion represents that Defendant has been fully compliant with all conditions of pretrial release (Mot. ¶ 4) and that the government does not oppose the requested

travel (Mot. ¶ 8). The Motion further states that Defendant's supervising pretrial services officer has no objection, has already received the Airbnb listing information, and will receive the exact condominium address once the host provides it (Mot. ¶¶ 5, 7). Defendant avers he will remain on GPS monitoring throughout the trip and will continue to comply with his curfew by returning to the rental condominium by the required time (Mot. ¶ 6).

Finding good cause, the court **GRANTS** the Motion. Defendant may travel from Denver, Colorado, to the Aspen/Snowmass Village area on December 5, 2025, and to return to Denver on December 6, 2025, provided the following conditions are satisfied:

1. Defendant must be in full compliance with all conditions of pretrial release and with all instructions from the U.S. Probation/Pretrial Services Office at the time of travel. He shall contact his supervising pretrial services officer no later than the day before departure, and travel is authorized only if the Officer confirms Defendant's compliance and approves the trip at that time;

2. Prior to departure, Defendant shall provide the Officer with complete travel itinerary details, including the exact address of the Snowmass Village condominium (once received from the host), driving route, vehicle information, and any cellphone numbers by which Defendant may be reached throughout the trip; and

3. Defendant shall check in with the Officer as and when directed during the travel period, shall remain subject to GPS location monitoring at all times, and shall be inside the rental condominium no later than his established curfew on the evening of December 5, 2025.

In all other respects, Defendant remains subject to the previously imposed conditions of pretrial release. *See* ECF Nos. 25, 68, and 69.

DATED:  December 1, 2025                     BY THE COURT:

                                             _____
                                             Susan Prose
                                             United States Magistrate Judge