IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:25-cr-00217-NYW-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    KHALIL ORR,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**Susan Prose, United States Magistrate Judge**

    This matter comes before the court on Defendant Khalil Orr's Unopposed Motion for Permission to Travel, ECF No. 85 (the "Motion"), referred to the undersigned by District Judge Nina Y. Wang, ECF No. 86.

    Defendant is on pretrial release with conditions including residence with his mother as third-party custodian, GPS monitoring, a curfew set by Pretrial Services, and a restriction limiting travel to the District of Colorado absent court permission. *See* ECF Nos. 25, 68, 69. He now seeks permission to stay at the Warwick Hotel in Denver, Colorado, from February 13 through February 15, 2026, to celebrate Valentine's Day with his significant other, Jazmine Jackson, with whom he shares a son (Motion ¶ 3). Because this includes two overnight stays away from his designated residence, it would otherwise violate the residence condition absent court approval.

    In support, the Motion represents that Defendant has been fully compliant with all

conditions of pretrial release and that the government does not oppose the requested travel (Motion ¶¶ 5–6). The Motion further states that Defendant's supervising pretrial services officer, Seth Junker, has no objection and has already received the hotel reservation information (Motion ¶ 5), and the Government also has no objection (Motion ¶ 6). Defendant avers he will remain on GPS monitoring throughout the trip, will continue to comply with his curfew by returning to the hotel room by the required time each night, and will return to his designated residence no later than his usual curfew time on February 15, 2026 (Motion ¶ 4).

Finding good cause, the court **GRANTS** the Motion. Defendant may stay at the Warwick Hotel in Denver, Colorado, arriving on February 13, 2026, staying the nights of February 13 and 14, 2026, and returning to his designated residence no later than his established curfew time on February 15, 2026, provided the following conditions are satisfied:

1. Defendant must be in full compliance with all conditions of pretrial release and with all instructions from the U.S. Probation/Pretrial Services Office at the time of travel. He shall contact his supervising pretrial services officer no later than the day before departure, and travel is authorized only if the Officer confirms Defendant's compliance and approves the trip at that time;
2. Prior to departure, Defendant shall provide the Officer with complete travel itinerary details, including the exact address and reservation information for the Warwick Hotel, driving route (if any), vehicle information, and any cellphone numbers by which Defendant may be reached throughout the trip; and
3. Defendant shall check in with the Officer as and when directed during the travel period, shall remain subject to GPS location monitoring at all times, and shall be inside the and shall be inside the hotel room no later than his established curfew on the evenings of February 13 and 14, 2026.

In all other respects, Defendant remains subject to the previously-imposed conditions of pretrial release. *See* ECF Nos. 25, 68, and 69.

DATED: February 2, 2026                    BY THE COURT:

_____
Susan Prose
United States Magistrate Judge